United States District Court
Northern District of California

1

2                    UNITED STATES DISTRICT COURT

3                   NORTHERN DISTRICT OF CALIFORNIA

4

5   STEVEN WAYNE BONILLA,                Case Nos.   23-cv-3305-PJH

6              Plaintiff,                            23-cv-3306-PJH

                                                     23-cv-3307-PJH
7        v.
                                                     23-cv-3308-PJH
8                                                    23-cv-3309-PJH
    U.S. DISTRICT COURT et. al.,
                                                     23-cv-3329-PJH
9              Defendants.
                                                     23-cv-3331-PJH

10                                                   23-cv-3332-PJH

11                                                   23-cv-3333-PJH

                                                     23-cv-3334-PJH
12
                                                     23-cv-3335-PJH
13                                                   23-cv-3336-PJH

14                                                   23-cv-3337-PJH

15                                                   23-cv-3338-PJH

                                                     23-cv-3339-PJH
16
                                                     23-cv-3340-PJH
17                                                   23-cv-3341-PJH

18                                                   23-cv-3342-PJH

19                                                   23-cv-3343-PJH

                                                     23-cv-3355-PJH
20
                                                     23-cv-3356-PJH
21                                                   23-cv-3357-PJH

22                                                   23-cv-3358-PJH

                                                     23-cv-3359-PJH
23

24                                       **ORDER DISMISSING MULTIPLE
                                         CASES WITH PREJUDICE**
25

26       Plaintiff, a state prisoner, has filed multiple pro se civil rights complaints under 42

27   U.S.C. § 1983.  Plaintiff is a condemned prisoner who also has a pending federal habeas

28   petition in this court with appointed counsel.  *See Bonilla v. Ayers*, Case No. 08-0471

1    YGR.  Plaintiff is also represented by counsel in state court habeas proceedings.  *See In*

2    *re Bonilla*, Case No. 20-2986 PJH, Docket No. 1 at 7.

3        Plaintiff presents nearly identical claims in these actions.  He names as

4    defendants various federal and state judges.  He seeks relief regarding his underlying

5    conviction or how his other cases were handled by the state and federal courts.

6        To the extent that plaintiff seeks to proceed *in forma pauperis* (IFP) in these cases,

7    he has been disqualified from proceeding IFP under 28 U.S.C. § 1915(g) unless he is

8    "under imminent danger of serious physical injury" at the time he filed his complaint.  28

9    U.S.C. 1915(g); *In re Steven Bonilla*, Case No. 11-3180 CW; *Bonilla v. Dawson*, Case

10   No. 13-0951 CW.

11       The allegations in these complaints do not show that plaintiff was in imminent

12   danger at the time of filing.  Therefore, he may not proceed IFP.  Moreover, even if an

13   IFP application were granted, his lawsuits would be barred under *Heck v. Humphrey*, 512

14   U.S. 477, 486-87 (1994), *Younger v. Harris*, 401 U.S. 37, 43-54 (1971), *Demos v. U.S.*

15   *District Court*, 925 F.2d 1160, 1161-62 (9th Cir. 1991) or *Mullis v. U.S. Bankruptcy Court*,

16   828 F.2d 1385, 1393 (9th Cir. 1987).  Accordingly, the cases are dismissed with

17   prejudice.

18       Furthermore, these are not cases in which the undersigned judge's impartiality

19   might be reasonably questioned due to the repetitive and frivolous nature of the filings.

20   *See United States v. Holland*, 519 F.3d 909, 912 (9th Cir. 2008) (absent legitimate

21   reasons to recuse himself or herself, a judge has a duty to sit in judgment in all cases

22   assigned to that judge).[1]

23

24

25

26

27   _____

[1] Plaintiff names the undersigned as defendant in one of these cases, though presents no
28   specific allegations.  Case No. 23-cv-3307-PJH.  Plaintiff does not seek recusal, nor is
     recusal warranted in light of the frivolous nature of the case.

United States District Court
Northern District of California

The clerk shall terminate all pending motions and close these cases.  The clerk shall return, without filing, any further documents plaintiff submits in these closed cases.

**IT IS SO ORDERED.**

Dated: July 12, 2023

 _/s/ Phyllis J. Hamilton_
PHYLLIS J. HAMILTON
United States District Judge